**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6121**

_____

MICHAEL COFIELD,

Plaintiff - Appellant,

v.

ROY BOWSER; SERGEANT STOKES,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Walter D. Kelley, Jr., District Judge. (2:06-cv-00533-WDK-TEM)

_____

Submitted: September 10, 2008      Decided: September 18, 2008

_____

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Cofield, Appellant Pro Se. Samuel Lawrence Dumville, NORRIS, ST. CLAIR & LOTKIN, Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Cofield appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action for failure to state a claim.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Cofield v. Bowser, No. 2:06-cv-00533-WDK-TEM (E.D. Va. filed Dec. 3, 2007 & entered Dec. 4, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED